**Electronically Filed**
**Supreme Court**
**SCWC-23-0000412**
**08-MAY-2026**
**09:54 AM**
**Dkt. 11 OGAC**

SCWC-23-0000412

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

IKAIKA PUA AREN AHINA, also known as AREN AHINA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000412; CASE NO. 2CPC-22-0000398(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

The application for writ of certiorari filed on March 10, 2026, by Petitioner/Defendant-Appellant Ikaika Pua Aren Ahina is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

Pursuant to Hawai'i Rules of Appellate Procedure Rule 40.1(i), we "limit the question on review" to questions presented "1" and "2" of Petitioner's application for writ of certiorari.

DATED: Honolulu, Hawai'i, May 8, 2026.

/s/ Vladimir P. Devens
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ James H. Ashford

